IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY CENTERS OF AMERICA, INC., as successor in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD W. REGEN and COAST ATM,<br><br>Defendants. | C.A. No. 04-CV-1516 (KAJ) |

**MOTION AND ORDER FOR ADMISSION PRO HAS VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kevin C. Boyle to represent Howard W. Regen in this matter.

    /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for defendant Howard W. Regen

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

_____
Jordan, J.

Dated: March ___, 2005

**CERTIFICATE OF SERVICE**

  I, David L. Finger, hereby certify that on this 3rd day of March, 2005, I electronically filed the foregoing Motion and Order for Admission Pro Hac Vice with the Clerk of the Court using Cm/ECF, which will send notification of such filing to the following:

>Thomas P. McGonigle, Esq.
>Duane Morris, LLP
>1100 N. Market St., Ste. 1200
>Wilmington, DE 19801-1246

  I further certify that there are no non-registered participants requiring service by other means.

>/s/ David L. Finger
>David L. Finger (E Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766