IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY CENTERS OF AMERICA, INC., as successor in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD W. REGEN and COAST ATM, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 04-CV-1516 (KAJ) ) ) ) ) ) ) |

**NOTICE OF SERVICE**

I, David L. Finger, hereby certify that on this 7th day of March, 2005, I caused two copies of the Response of Defendant Howard W. Regen to Plaintiffs' First Request for Production of Documents to be served via fax and first-class mail on the below-listed counsel of record:

> Thomas P. McGonigle, Esq.
> Duane Morris, LLP
> 1100 N. Market St., Ste. 1200
> Wilmington, DE 19801-1246

> /s/ David L. Finger
> David L. Finger (E Bar ID #2556)
> Finger & Slanina, LLC
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1155
> (302) 884-6766