## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_____

MONEY CENTERS OF AMERICA, INC.,           )
as successor in interest by merger to           )
IGAMES ENTERTAINMENT, INC.,           )
and           )
AVAILABLE MONEY, INC.,           )
           )
       Plaintiffs,           )    C. A. No. 04-CV-1516 (KAJ)
           )
   v.           )
           )
HOWARD W. REGEN           )
and           )
COAST ATM, INC.           )
           )
      Defendants.           )
_____)

## NOTICE OF SERVICE

     PLEASE TAKE NOTICE that on the 22nd day of February, 2005, true and correct copies

of the foregoing "First Request for Production of Documents of Plaintiffs Directed to Defendant

Howard W. Regen" were served by facsimile and first class mail upon the following counsel of

record:

          David L. Finger, Esquire
          Finger & Slanina
          One Commerce Center
          1201 Orange Street, Suite 7235
          Wilmington, DE 19801

DATED:  March 7, 2005

**DUANE MORRIS LLP**

/s/ Thomas P. McGonigle
Thomas P. McGonigle (Del. I.D. No. 3162)

1100 North Market Street, 12th Floor
Wilmington, Delaware 19801
Tel:    302.657.4900
Fax:    302.657.4901

**OF COUNSEL:**

Matthew A. Taylor
James L. Beausoleil, Jr.
**DUANE MORRIS LLP**
One Liberty Place
40th Floor
Philadelphia, Pennsylvania 19103

Attorneys for Plaintiffs