**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| MONEY CENTERS OF AMERICA, INC., as successor in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 04-CV-1516 (KAJ) |
| v. | ) ) | |
| HOWARD W. REGEN and COAST ATM, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

## **PRAECIPE**

TO:   CLERK
      United States District Court
      District of Delaware
      844 North King Street
      Wilmington, Delaware  19801

   PLEASE ISSUE TWO ALIAS SUMMONSES to be served pursuant to Rule 4(h)(1)

together with a copy of the Complaint upon:

   Coast ATM, Inc.                    Coast ATM, Inc.
   c/o Kevin C. Boyle                 4766 Park Granada
   4766 Park Granada                  Suite 105
   Suite 105                          Calabasas, CA 91302
   Calabasas, CA 91302

| | |
|---|---|
| DATED:  March 8, 2005 | **DUANE MORRIS LLP** |
| | /s/ Thomas P. McGonigle |
| | Thomas P. McGonigle (Del. I.D. No. 3162) |
| | 1100 North Market Street, 12th Floor |
| | Wilmington, Delaware 19801 |
| | Tel:   302.657.4900 |
| **OF COUNSEL:** | Fax:   302.657.4901 |
| Matthew A. Taylor | |
| James L. Beausoleil, Jr. | |
| **DUANE MORRIS LLP** | |
| One Liberty Place | |
| 40th Floor | |
| Philadelphia, Pennsylvania 19103 | Attorneys for Plaintiffs |