**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| MONEY CENTERS OF AMERICA, INC., as successor in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 04-CV-1516 (KAJ) |
| v. | ) ) | |
| HOWARD W. REGEN and COAST ATM, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

TO:   David L. Finger, Esquire
      Finger & Slanina
      One Commerce Center
      1201 Orange Street, Suite 7235
      Wilmington, DE 19801

   PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit "A" was served upon the registered agent of Coast ATM, Inc. on March 7, 2005 by Federal Express, as indicated in the Shipment Receipt attached hereto as Exhibit "B."

DATED: March 8, 2005  **DUANE MORRIS LLP**

/s/ Thomas P. McGonigle
Thomas P. McGonigle (Del. I.D. No. 3162)
1100 North Market Street, 12th Floor
Wilmington, Delaware 19801
Tel:   302.657.4900
Fax:   302.657.4901

**OF COUNSEL:**

Matthew A. Taylor
James L. Beausoleil, Jr.
**DUANE MORRIS LLP**
One Liberty Place
40th Floor
Philadelphia, Pennsylvania 19103

Attorneys for Plaintiffs