Exhibit B



**791498866065**

## Shipment Receipt

| | | | |
|---|---|---|---|
| **Ship Date:** | 03/07/2005 | **Vendor:** | FedEx |
| | | **Airway Bill:** | 791498866065 |
| **Recipient:** | Coast ATM, Inc.<br>c/o Kevin C. Boyle<br>4766 Park Granada<br>Suite 105<br>Calabasas CA 91302<br>302-657-4966 | **Courtesy Quote:** | $48.17 |
| **From:** | Thomas McGonigle<br>Duane Morris LLP | | |
| **Billing:** | D3431-00006<br>IGAMES ENTERTAINMENT, INC.-<br>REGEN/FRESHMAN V. IGAMES | | |
| **Operator:** | DSJ050 | | |

**Billing Note:**

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).