AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

MONEY CENTERS OF AMERICA, INC. and
AVAILABLE MONEY, INC., Plaintiffs,

V.

HOWARD W. REGEN and COAST ATM, INC.,
Defendants

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1516 KAJ

TO: (Name and address of Defendant)

Coast ATM, Inc.
4766 Park Granada
Suite 105
Calabasas, CA 91302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas P. McGonigle
Duane Morris LLP
1100 N. Market Street
12th Floor
Wilmington, Delaware 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

MAR 08 2005

CLERK

DATE

(By) DEPUTY CLERK

∿AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 8, 2005 |
| NAME OF SERVER (PRINT) Dawn S. Marra | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Federal Express No. 791000037505 on the Registered Agent of the defendant company.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/9/05            *[signature]* Dawn S. Marra
           Date                    Signature of Server

Duane Morris LLP
1100 N. Market Street, 12th Floor
Wilmington, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.