AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Delaware

MONEY CENTERS OF AMERICA, INC. and
AVAILABLE MONEY, INC., Plaintiffs,

ALIAS
**SUMMONS IN A CIVIL CASE**

V.

HOWARD W. REGEN and COAST ATM, INC.,
Defendants

CASE NUMBER:   04-1516 KAJ

TO: (Name and address of Defendant)

Coast ATM, Inc.
c/o Kevin C. Boyle
4766 Park Granada
Suite 105
Calabasas, CA 91302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas P. McGonigle
Duane Morris LLP
1100 N. Market Street
12th Floor
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                MAR 08 2005

CLERK                                          DATE

*Evette Watson*

(By) DEPUTY CLERK

⚘AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>March 8, 2005 |
| NAME OF SERVER (PRINT)<br>Dawn S. Marra | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): By Federal Express No. 790449348414 on the Registered Agent of the defendant company.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/9/05
       *Date*

*Signature of Server*  Dawn S. Marra

Duane Morris LLP
1100 N. Market Street, 12th Floor
Wilmington, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure