# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONEY CENTERS OF AMERICA, INC., as successor in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD W. REGEN and COAST ATM, <br><br> Defendants. | C.A. No. 04-CV-1516 (KAJ) <br><br> **Jury Trial Demanded** <br> **Injunctive Relief Requested** |

## ORDER

AND NOW, this ___ day of _____, 2005, upon consideration of Plaintiffs' Motion for Sanctions Against Defendant Howard W. Regen, IT IS HEREBY ORDERED that said Motion is GRANTED.

It is further ORDERED and DECREED that Defendant Howard W. Regen shall pay Plaintiffs' appropriate attorneys' fees, in the amount of $7400.00, within ten (10) days of the entry of this Order.

**BY THE COURT:**

_____
United States District Judge

WLM\206523.1