**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2005, I electronically filed the "Plaintiffs' Motion For Sanctions Against Defendant Howard W. Regen" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>David L. Finger, Esquire
>Finger & Slanina
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1186

>/s/ Matt Neiderman (I.D. No. 4018)

WLM\206518.1