1

Case 1:04-cv-01516-KAJ     Document 39-2     Filed 03/17/2005     Page 1 of 8



## Matthew A. Taylor, Partner

Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103-7396
**Phone:** 215.979.1140
**Fax:** 215.979.1020
**Email:** mataylor@duanemorris.com



**Matthew A. Taylor** practices in the area of commercial litigation, handling matters in state and federal courts across the United States. Mr. Taylor is an active trial lawyer dealing with matters in banking and securities law, corporate governance, commercial real estate, product liability (with a concentration in medical devices), computer software license disputes, computer software and hardware installation and implementation, computer software inventorship and ownership, and corporate director's and officer's liability and indemnification. Mr. Taylor handles a wide range of employment matters involving noncompete, trade secrets and business related torts. Mr. Taylor is lead trial counsel in numerous patent infringement matters where he and one of the firm's technical patent lawyers take a team approach in patent litigation. Mr. Taylor represents medical device manufacturers nationally in product liability matters and in connection with commercial disputes between the manufacturer and its distributors.

Admitted to practice in Pennsylvania and New York, he is a member of the Pennsylvania and Philadelphia bar associations, the International Association of Defense Counsel and the Drug and Medical Device Committee of the Defense Research Institute. Mr. Taylor is a 1989 graduate of the Georgetown University Law Center and a graduate of Boston College.

## Representative Matters

- *PeopleSoft Inc. Litigation* -- Information Technology Litigation: Represent several different corporate entities in various jurisdictions across the United States against PeopleSoft, an international computer software developer and consulting company, in multi-million dollar breach of contract and misrepresentation actions. All of the respective claims arise out of software license agreements with PeopleSoft in which PeopleSoft agreed to develop, deliver and service ERP software.
- *Wright Medical Technology v. The Somers Group, et al.*, 37 F. Supp. 2d 673 (D.N.J. 1999)-- Commercial litigation - manufacturer - distributor disputes: Preliminary Injunction matter on behalf of plaintiff, a medical device manufacturing company, against medical device distributor for breach of non-compete and trade secrets clause in distribution agreement.
- *VonFeldt v. Stifel Financial Corporation*, Delaware Supreme Court En Banc Opinion, 714 A.2d 79 (1998)-- Corporate director and officer liability and indemnification; lead trial and appellate counsel; landmark decision regarding a parent corporation's obligation to indemnify officers and directors of wholly owned subsidiaries.
- *Cochran v. Stifel Financial Corporation*, Delaware Supreme Court -- Corporate director and officer liability and indemnification; lead trial and appellate counsel in this case of first impression involving former officer and director's claim for the reimbursement of defense cost arising out of a successful defense of criminal charges involving the Securities and Exchange Commission's investigation into various municipal finance transactions. Also, opinion established new law on corporation's duty to pay "fees for fee" for director's costs and fees in pursing indemnification.
- *Baker, et al. v. Summit Bank*, E.D. Pennsylvania, C.A. No. 99-CV-2010-- Banking and Finance Litigation: successful defense of banking institution in a $30 million class action brought by group of securities holders pursuant to an Indenture Agreement and the Trust Indenture Act. The Bank was granted summary judgment by the District Court, and that order was unanimously affirmed by the U.S. Court of Appeals for the Third Circuit.

## Professional Activities

- Pennsylvania Bar Association
- Philadelphia Bar Association
- International Association of Defense Counsel
- Defense Research Institute
  - Drug and Medical Device Section

## Admissions

- New York
- Pennsylvania
- United States Court of Appeals for the Third Circuit
- United States District Courts for the Eastern and Middle Districts of Pennsylvania
- Supreme Court of Pennsylvania
- Supreme Court of New York

## Education

- Georgetown University Law Center, J.D., 1989
- Boston College, B.A. English, 1986

## Other Experience

- Duane Morris LLP
  - Partner, 1999-present
  - Associate, 1997-1999
- Taylor & Taylor
  - Trial Lawyer, 1991-1997
- Emmet, Marvin & Martin
  - Associate, 1989-1991

## Civic and Charitable Activities

- Malvern Preparatory School Board of Governors

2



**OVATION AND THE LAWYERS TRAVEL SERVICE**
PHONE: 800-431-1112

# Electronic Invoice

🖨 Print this page | Close window | Help

Salesperson: 53
For: TAYLOR/MATTHEW A

Invoice number: 0192500
Record locator: HOIUWA

Date: 04MAR2005
Customer number: 165202

DUANE MORRIS LLP
ONE LIBERTY PLACE
PHILADELPHIA PA 19103
MATTHEW A TAYLOR

Notes: NEW SECURITY MEASURES REQUIRE A 2 HOUR CHECK IN
TRANSPORTATION SECURITY ADMINISTRATION REQUIRES A
BOARDING PASS AND PHOTO I.D. TO CLEAR SECURITY
CHECKPOINT AT MOST U S. AIRPORTS.

**Mon, Mar 7**

| Air | US AIRWAYS | Flight # : 893 | Economy | Food for Purchase |
|---|---|---|---|---|
| | From : PHILADELPHIA, PA | | 0340P | |
| | Departure Terminal : B | | | 6Hr 01Min |
| | To : LOS ANGELES, CA | | 0641P | Non Stop |
| | Arrival Terminal : 1 | | | |
| | TAYLOR/MATTHEW A | Seat - 21A | US - 78U1J18 | |

**Mon, Mar 7**

Car   LOS ANGELES, CA
      Pick Up - 1841
      Return - 09MAR
      Confirmation Number : C84630808B1
      Phone - 310 568-5100

HERTZ RENT A CAR
Car, Intermediate
CD - 107415

| Rate Plan For - | | USD | MI/KM | Extra MI/KM |
|---|---|---|---|---|
| | 2 Days, 0 Hours | | | |
| | USD Rate | 58.80 | UNL | 0 00 |
| | Extra Hour | 29.60 | UNL | 0 00 |
| | Mandatory Charges | 25 04 | | |
| | Approx Total Price | 142 64 | UNL | |

**Wed, Mar 9**

| Air | US AIRWAYS | Flight # : 894 | Economy | Food for Purchase |
|---|---|---|---|---|
| | From : LOS ANGELES, CA | | 0700A | |
| | Departure Terminal : 1 | | | 4Hr 57Min |
| | To : PHILADELPHIA, PA | | 0257P | Non Stop |
| | Arrival Terminal : B | | | |
| | TAYLOR/MATTHEW A | Seat - 09C | US - 78U1J18 | |

**Mon, Sep 5**
**Other**     INFORMATION
              HAVE A GREAT TRIP


Air ticket     US1124338676          TAYLOR MATTHEW A
                                     Billed to   CA  XXXXXXXXXX 3153                         *678 40

Air ticket     XD8104630684

                                     Billed to   CA  XXXXXXXXXX 3153                         *24 00

                                                                                          ----------

                                     Total base fare amount                                   636 09
                                     Total taxes                                               66 31
                                     Net credit card billing                                 *702 40
                                                                                          ----------
                                     Total amount due                                          0 00


EMERGENCY TRAVEL ASSISTANCE TELEPHONE NUMBERS
530PM-9PM MONDAY THRU FRIDAY CALL 800-431-1112
AT OTHER TIMES EMERGENCY SVC CALL 800-876-4922
YOUR MEMBERSHIP ID CODE IS H607

ADVANCE SEATS/BOARDING PASSES REQUIRE
A 2 HOUR CHECK-IN

THANK YOU FOR USING THE LAWYERS TRAVEL SERVICE
PLS RETURN ALL UNUSED TICKETS FOR POSSIBLE REFUND
NO HOTEL REQUESTED
    HU*

Your travel arranger provides the information contained in this document to you  Sabre®
*Virtually There*® is not responsible for the content of this document. Please contact your
travel arranger should you have any questions

**Copyright and Trademark Notices**



3

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF DELAWARE
 3

 4   MONEY CENTERS OF AMERICA, INC.,  )
     As Successor in Interest By      )
 5   Merger to IGAMES ENTERTAINMENT,  )
     INC., AND AVAILABLE MONEY, INC., )
 6                                    )
                    Plaintiffs,       )
 7                                    )
              vs.                     ) C.A. No 04-CV-1516(KAJ)
 8                                    )
     HOWARD W. REGEN AND COAST ATM,   )
 9                                    )
                    Defendants.       )
10                                    )
11
12
13
14
15         Deposition of Howard W. Regen, taken
16   on behalf of Plaintiffs, at 24150 Park Sorrento,
17   Calabasas, California, beginning at 8:47 a.m. and
18   ending at 2:14 p.m. on Tuesday, March 8, 2005,
19   before MEGAN M. GROSSMAN, Certified Shorthand
20   Reporter No. 12586.
21
22
23
24
25
                                                         2
```