**CERTIFICATE OF SERVICE**

     I hereby certify that on March 17, 2005, I electronically filed the "Affidavit of Matthew A. Taylor, Esquire" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>David L. Finger, Esquire
>Finger & Slanina
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1186

                                               /s/ Matt Neiderman (I.D. No. 4018)