AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

MONEY CENTERS OF AMERICA, INC. and
AVAILABLE MONEY, INC., Plaintiffs,

                  V.

HOWARD W. REGEN and COAST ATM, INC.,
Defendants

**ALIAS**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1516 KAJ

TO: (Name and address of Defendant)

    Coast ATM, Inc.
    c/o Kevin C. Boyle
    4766 Park Granada
    Suite 105
    Calabasas, CA 91302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Thomas P. McGonigle
    Duane Morris LLP
    1100 N. Market Street
    12th Floor
    Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                      MAR 08 2005

CLERK                                          DATE

*Evette Watson*

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 18, 2005 |
| NAME OF SERVER (PRINT) James W. Burch | TITLE Registered Process Server L.A. 4222 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 4766 Park Granada, Suite 105 Calabasas, CA 91302 ~~Sherman Redman~~

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-30-05
          Date

*[signature: James W. Burch]*
Signature of Server

8821 Reseda Boulevard, Northridge, CA 91324
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.