# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

MATT NEIDERMAN
DIRECT DIAL: 302.657.4920
E-MAIL: MNeiderman@duanemorris.com

*www.duanemorris.com*

April 1, 2005

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    **Money Centers of America, Inc., et al. v. Howard Regen., et al.
           District of Delaware, Civil No. 04 -1516 - KAJ**

Dear Judge Jordan:

    Enclosed for Your Honor's consideration is a proposed preliminary injunction order agreed to by the parties in the above-referenced action, which we respectfully request Your Honor enter. We are available at the Court's convenience should Your Honor have any questions concerning this matter.

                                Respectfully,

                                /s/ Matt Neiderman
                                Matt Neiderman (Del. I.D. No. 4018)

MN/dsm
Enclosure

cc:    Clerk of Court (*by e-filing*)
        David L. Finger, Esquire (*by e-filing*)

WLM\207074.1