IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY CENTERS OF AMERICA, INC., as successors in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC.,<br><br>           Plaintiffs,<br><br>    v.<br><br>HOWARD W. REGEN and COAST ATM, INC.,<br><br>           Defendants. | C.A. No. 04-CV-1516 (KAJ) |

## **MOTION TO DISMISS**

Defendant Coast ATM, Inc. ("Coast") hereby moves, pursuant to Fed. R. Civ. P. 12(b)(2), to dismiss this action as to it for lack of personal jurisdiction. The basis for this motion is set forth in Coast's opening brief, filed contemporaneously herewith.

Respectfully submitted,

/s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for defendant
Coast ATM, Inc.

Dated: April 4, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONEY CENTERS OF AMERICA, INC., as successors in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD W. REGEN and COAST ATM, INC., <br><br> Defendants. | C.A. No. 04-CV-1516 (KAJ) |

## **ORDER**

On this ____ day of _____, 2005, having considered the submissions and the arguments of the parties, IT IS HEREBY ORDERED that the Motion to Dismiss of defendant Coast ATM, Inc. for lack of personal jurisdiction is GRANTED.

_____
Jordan, J.

**CERTIFICATE OF SERVICE**

      I, David L. Finger, hereby certify that on April 4, 2005, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send notification of such filing(s) to the following:

>Thomas P. McGonigle, Esq.
>Duane Morris LLP
>1100 N. Market St., 12th fl.
>Wilmington, DE 19801

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766