IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY CENTERS OF AMERICA, INC., as successors in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD W. REGEN and COAST ATM, INC., <br><br> Defendants. | C.A. No. 04-CV-1516 (KAJ) |

**DECLARATION OF STEPHEN REGEN ON BEHALF OF COAST ATM, INC.**

1. My name is Stephen Regen. I am the Vice President of Coast ATM, Inc. ("Coast"). I am over twenty-one years of age and have personal knowledge of the facts contained in this Declaration. I am authorized by Coast to make this Declaration.

2. Coast is a corporation duly organized and existing under the laws of the State of California. It has no offices, agents or employees in Delaware, and has never conducted any business in Delaware. Coast does not have any bank accounts in Delaware and does not own any real property located in Delaware.

3. Coast has never contracted to supply goods or services in Delaware. No officer, employee or agent of Coast has ever set foot in Delaware for any purpose relating to Coast.

4. Coast has never contracted to insure or act as surety for, or on, any person, property, risk, contract, obligation or agreement located, executed or to be performed within Delaware.

4.  Coast has never contracted to insure or act as surety for, or on, any person, property, risk, contract, obligation or agreement located, executed or to be performed within Delaware.

5.  I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this 4th day of April, 2005.

_____
Stephen Regen