## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONEY CENTERS OF AMERICA, INC., as successor in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC., | ) ) ) ) ) ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | C.A. No. 04-CV-1516(KAJ) |
|  | ) | |
| HOWARD W. REGEN and COAST ATM, INC. | ) | **Jury Trial Demanded** |
|  | ) | |
| Defendants. | ) | |

**STIPULATED ORDER EXTENDING PLAINTIFFS' TIME TO FILE AN ANSWERING BRIEF IN RESPONSE TO DEFENDANT COAST ATM, INC.'S MOTION TO DISMISS**

WHEREAS, on April 4, 2005, Defendant Coast ATM, Inc. filed a motion to dismiss for

lack of personal jurisdiction, seeking dismissal of all claims against it in the Complaint; and

WHEREAS, the parties have reached agreement in principal on the amicable resolution

of this action and are in the process of negotiating the terms of such resolution;

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that

Plaintiffs shall have until May 2, 2005 to file an Answering Brief.

2

DATED:        April 18, 2005

**FINGER & SLANINA, LLC**                    **DUANE MORRIS LLP**


/s/ David L. Finger                          /s/ Thomas P. McGonigle
David L. Finger (Del I.D. No. 2556)          Thomas P. McGonigle (Del. I.D. No. 3162)
One Commerce Center                          Matt Neiderman (Del. I.D. No. 4018)
1201 Orange Street, Suite 725                1100 Norths Market Street, 12th Floor
Wilmington, DE 19801                         Wilmington, Delaware  19801
302.884.6766                                 302.657.4900

Attorneys for Defendants                     Attorneys for Plaintiffs




SO ORDERED this ___ day of April, 2005.


                                    _____
                                    United States District Judge



WLM\200318.1

2