IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY CENTERS OF AMERICA, INC., as successor in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD W. REGEN and COAST ATM, INC. <br><br> Defendants. | C.A. No. 04-CV-1516(KAJ) <br><br> **Jury Trial Demanded** |

## STIPULATED ORDER EXTENDING PLAINTIFFS' TIME TO FILE AN ANSWERING BRIEF IN RESPONSE TO DEFENDANT COAST ATM, INC.'S MOTION TO DISMISS

WHEREAS, on April 4, 2005, Defendant Coast ATM, Inc. filed a motion to dismiss for lack of personal jurisdiction, seeking dismissal of all claims against it in the Complaint; and

WHEREAS, the parties have reached agreement in principal on the amicable resolution of this action and are in the process of negotiating the terms of such resolution;

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that Plaintiffs shall have until May 2, 2005 to file an Answering Brief.

DATED:     April 18, 2005

| | |
|---|---|
| **FINGER & SLANINA, LLC** | **DUANE MORRIS LLP** |
| /s/ David L. Finger | /s/ Thomas P. McGonigle |
| David L. Finger (Del I.D. No. 2556) | Thomas P. McGonigle (Del. I.D. No. 3162) |
| One Commerce Center | Matt Neiderman (Del. I.D. No. 4018) |
| 1201 Orange Street, Suite 725 | 1100 Norths Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| 302.884.6766 | 302.657.4900 |
| Attorneys for Defendants | Attorneys for Plaintiffs |

SO ORDERED this 20th day of April, 2005.

_____
United States District Judge

WLM\200318 1