## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY CENTERS OF AMERICA, INC., as successor in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD W. REGEN and COAST ATM, <br><br> Defendants. | C.A. No. 04-CV-1516 (KAJ) <br><br> **Jury Trial Demanded** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, this 28th day of April, 2005, by and between the parties to this action, acting through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that this action shall be, and it is hereby, DISMISSED WITH PREJUDICE, with each side to bear its own costs.

**FINGER & SLANINA LLC**

/s/ David L. Finger
David L. Finger (Del. I.D. No. 2556)
1201 Orange Street, Suite 725
Wilmington, Delaware 19801
Tel:   302.884.6766
Fax:  302.984.1294

Attorneys for Defendants

**DUANE MORRIS LLP**

/s/ Thomas P. McGonigle
Thomas P. McGonigle (Del. I.D. No. 3162)
Wilmington, Delaware 19801
Tel:   302.657.4900
Fax:  302.657.4901

- and -

Matthew A. Taylor
James L. Beausoleil, Jr.
**DUANE MORRIS LLP**
One Liberty Place, 40th Floor
Philadelphia, Pennsylvania 19103

Attorneys for Plaintiffs