# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY CENTERS OF AMERICA, INC., as successor in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD W. REGEN and COAST ATM, <br><br> Defendants. | C.A. No. 04-CV-1516 (KAJ) <br><br> **Jury Trial Demanded** <br> **Injunctive Relief Requested** |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of Plaintiffs' Motion to Vacate Dismissal and Enforce Settlement Agreement, IT IS HEREBY ORDERED that said Motion is GRANTED.

It is further ORDERED and DECREED that the stipulated dismissal of this action is hereby vacated for the limited purpose of enforcing the terms of the parties Settlement Agreement and that Defendant Howard W. Regen, Helene Regen and Samuel Freshman shall pay all amounts due under the terms of the parties Settlement Agreement, together with Plaintiffs appropriate attorneys' fees within ten (10) days of the entry of this Order.

**BY THE COURT:**

_____
United States District Judge

WLM\206523.1