## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 21, 2005, I electronically filed the "Plaintiffs' Motion to Vacate Dismissal and Enforce Settlement Agreement" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> David L. Finger, Esquire
> Finger & Slanina
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1186

                                                      /s/ Matt Neiderman (I.D. No. 4018)