**dfinger@delawgroup.com**

| | |
|---|---|
| **From:** | "Chris Wolfington" <cw@moneycenters.com> |
| **To:** | <kcblaw@ureach.com> |
| **Cc:** | "James L. Beausoleil, Jr." <jlbeausoleil@duanemorris.com>; "'Lawrence Rovin'" <lrovin@klehr.com>; "Samuel K. Freshman" <sfreshman@strdmgmt.com> |
| **Sent:** | Friday, April 22, 2005 10:14 AM |
| **Attach:** | Christopher M. Wolfington (E-mail) (cw@moneycenters.com).vcf; Regen_ Settlement Agreement Amendment.DOC; Regen.Settlement press release.doc |
| **Subject:** | Amendment & Press release |

Kevin,

In an effort to finalize this settlement today I have waived your requirement to negotiate with me through my lawyers as it pertains to negotiating this amendment and the language to the press release. I spoke with Sam late yesterday and we agreed on the language I have included in the amendment which gives him and Howard the greater of seven days from the receipt of the Irvine Waiver or fourteen days from the date of the settlement agreement to pay the funds to us as per the settlement agreement.

We also discussed the press release. For the sake of time I removed reference to court ordered sanctions and used "consideration" as the general term. Sam was OK with that but suggested that you need to bless any final language.

I have signed all the documentation and they are sitting at Duane Morris awaiting your agreement to the new language so we can send you executed copies. Jim Beausoleil is out of the office today so please respond to my email confirming your acceptance so I can give the order to fax you the executed agreements. Thank you for your assistance.

God Bless America!
Christopher M. Wolfington
Chairman/CEO
Money Centers of America, Inc.
Cell: 610-909-7000
office:610-354-8888
www.moneycenters.com