**CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2005, I electronically filed the "Plaintiffs' Reply in Further Support of Their Motion to Vacate Dismissal and Enforce Settlement Agreement" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>David L. Finger, Esquire
>Finger & Slanina
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1186

          /s/ Matt Neiderman (I.D. No. 4018)

WLM\209603.1