IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY CENTERS OF AMERICA, INC., as successor in interest by merger to iGames Entertainment, Inc. and AVAILABLE MONEY INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD REGEN and COAST ATM INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1516-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this **8th** day of **September, 2005**,

IT IS ORDERED that a teleconference relating to plaintiffs' August 3, 2005 letter has been scheduled for **September 14, 2005 at 2:00 p.m.** with the undersigned. **Counsel for Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE