IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MONEY CENTERS OF AMERICA, INC.,** as successor in interest by merger to iGames Entertainment, Inc., and **AVAILABLE MONEY, INC.,** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:04-cv-01516-KAJ |
| v. | ) ) | |
| **HOWARD REGEN and COAST ATM, INC.,** | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**TO:**

    David L. Finger, Esquire
    Finger & Slanina LLC
    One Commerce Center
    1201 Orange Street
    Suite 725
    Wilmington, DE 19801-1155

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs, Money Centers of America, Inc., as successor in interest by merger to iGames Entertainment, Inc., and Available Money, Inc. will take the videotaped deposition upon oral examination before an officer authorized by law to administer oaths of **Coast ATM, Inc.**, through its corporate designee(s), pursuant to the attached Court Order of October 17, 2005, on **November 9, 2005** at **11:00 a.m.** at the offices of Duane Morris LLP, 1100 North Market Street, Suite 1200, Wilmington, Delaware.

2

Testimony of the deponent shall be recorded by stenographic means and by videotape.  The deposition will continue from day to day until completed.  You are invited to attend and participate.

**DUANE MORRIS LLP**

/s/  Matt Neiderman (Del. I.D. No. 4018)
MATT NEIDERMAN
1100 North Market Street, 12th Floor
Wilmington, Delaware  19801
Phone: 302.657.4900

**OF COUNSEL:**

Attorneys for Plaintiffs, Money Centers of America, Inc., as successor in interest by merger to iGames Entertainment, Inc., and Available Money, Inc.

**DUANE MORRIS LLP**
Matthew A. Taylor, Esquire
James L. Beausoleil, Jr., Esquire
30th S. 17th Street
Philadelphia, Pennsylvania 19103
215.979.1000

DATED:  October 20, 2005

2