**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2005, copies of the "Notice of Deposition of Coast ATM, Inc." and "Memorandum Order" attached as Exhibit "A" were served electronically to the below named counsel of record:

>David L. Finger, Esquire
>Finger & Slanina
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1186

>/s/ Matt Neiderman (I.D. No. 4018)