## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2005, copies of the "Notice of Deposition of Helene Regen" were served electronically to the below named counsel of record:

>David L. Finger, Esquire
>Finger & Slanina
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1186

      /s/ Matt Neiderman (I.D. No. 4018)