## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2005, copies of the "Notice of Deposition of Howard Regen" were served electronically to the below named counsel of record:

> David L. Finger, Esquire
> Finger & Slanina
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1186

/s/ Matt Neiderman (I.D. No. 4018)