

**URI M. BEN-ZUR, M.D., F.A.C.C.**
Interventional Cardiology / Invasive Electrophysiology

- *Member, American College of Physicians*
- *Member, American Medical Association*
- *Member, American Heart Association*
- *Fellow, American College of Cardiology*
- *Testamur NASPE EXAM – Heart Rhythm Society*

October 27, 2005

To Whom It May Concern:
Re: Howard Regen

Please be advised that Howard Regen should not travel by airplane, nor should travel long distance by ground transportation. This is due to his poor circulation and heart condition caused by his heart disease and diabetes. Mr. Regen is insulin dependent and is on six different medications to control his condition.

Please do not hesitate to call me if you have any questions.

Sincerely,

Uri M. Ben-Zur, M.D., F.A.C.C.

MAIN OFFICE
17600 Ventura Blvd. Suite 106
Encino, CA 91316
Phone (818) 843-3832

4314 Victory Blvd.
Burbank, CA 91505
Fax (818) 986-9301