IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY CENTERS OF AMERICA, INC., )<br>as successor in interest by merger to )<br>IGAMES ENTERTAINMENT, INC., )<br>and AVAILABLE MONEY, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HOWARD W. REGEN )<br>and COAST ATM, INC )<br>)<br>Defendants. ) | C. A. No. 04-CV-1516 (KAJ) |

### NOTICE OF SERVICE OF SUBPOENA

TO:  David L. Finger, Esquire
    Finger & Slanina
    One Commerce Center
    1201 Orange Street, Suite 7235
    Wilmington, DE 19801

　　PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit "A" was personally served by W. S. Valantine on October 21, 2005 upon Helene Regen.

DATED: November 1, 2005         **DUANE MORRIS LLP**

                                /s/ Matt Neiderman
                                Matt Neiderman (Del. I.D. No. 4018)
                                1100 North Market Street, 12th Floor
                                Wilmington, Delaware 19801
                                Tel:  302.657.4900
                                Fax:  302.657.4901
                                Attorneys for Plaintiffs

**OF COUNSEL:**
Matthew A. Taylor
James L. Beausoleil, Jr.
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, Pennsylvania 19103