# Duane Morris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

MATT NEIDERMAN
DIRECT DIAL: 302.657.4920
E-MAIL: MNeiderman@duanemorris.com

*www.duanemorris.com*

November 7, 2005

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    **Money Centers of America, Inc., et al. v. Howard Regen., et al.**
              **District of Delaware, Civil No. 04 -1516 - KAJ**

Dear Judge Jordan:

      As you may recall, we represent Plaintiffs in the referenced action. We write to seek Your Honor's kind entry of the enclosed Stipulated Order for a Stay of Litigation until November 10, 2005 to permit the parties to entertain potential avenues of settlement.

      By way of background, on October 16, 2005, Your Honor entered an Order granting Plaintiffs' Motion to Vacate Dismissal whereby the Court (1) vacated the Stipulation of Dismissal Without Prejudice filed on April 28, 2005 and (2) reopened the case for the limited purposes of (a) entering the Settlement Agreement by and between Plaintiffs, Defendants, Helene Regen, and Samuel Freshman on the Record and (b) allowing Plaintiffs to take the depositions of Howard Regen, Helene Regen, and a representative of Coast ATM in Wilmington, Delaware, at the deponents' expense. (D.I. 59)

      On October 24 and 27, 2005, Coast ATM and Howard and Helene Regen, respectively, filed Motions for (1) Reconsideration or to Alter or Amend the October 16th Order (2) a Protective Order Regarding Depositions, or (3) a Stay Pending Appeal. (D.I. 63; D.I. 64)

      Since that time, the Parties have discussed possible avenues of settlement. To further explore the details of those potential courses, the Parties have stipulated to, and respectfully request Your Honor's approval of, (1) a stay of the litigation until November 10, 2005, at which time the parties may, but are not required to, request a further stay; and (2) an extension of time from today until November 14, 2005 for Plaintiffs to respond to the Motions for Reconsideration, for a Protective Order, or for a Stay.

DuaneMorris

The Honorable Kent A. Jordan
November 7, 2005
Page 2


      We appreciate Your Honor's kind attention to this matter.  We are available at the Court's convenience should Your Honor have any questions or concerns.

      Respectfully,

/s/ Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)

MN/shs

cc:    Clerk of Court (*by e-filing*)
       David L. Finger, Esquire (*by e-filing*)

WLM\212201.1