## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MONEY CENTERS OF AMERICA, INC., as successor in interest by merger to IGAMES ENTERTAINMENT, INC., and AVAILABLE MONEY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD W. REGEN and COAST ATM, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 04-CV-1516 (KAJ)

**Jury Trial Demanded**

### STIPULATED ORDER TO STAY LITIGATION

**WHEREAS**, Plaintiffs claim that Defendants and Helene Regen owe Plaintiffs outstanding amounts due under a Settlement Agreement, dated April 22, 2005, between them;

**WHEREAS**, on October 17, 2005, the Court entered an Order (D.I. 59) granting Plaintiffs' Motion to Vacate Dismissal (D.I. 49);

**WHEREAS**, Helene Regen denies that she is a proper party to this litigation;

**WHEREAS**, on October 24 and 27, 2005, Coast ATM and Howard and Helene Regen, respectively, filed Motions for Reconsideration of the Court's October 17, 2005 Order, Motions for a Protective Order, and Motions for a Stay Pending Appeal (D.I. 63; D.I. 64);

**WHEREAS**, Howard and Helene Regen and Coast ATM, on one hand, and Plaintiffs, on the other hand, have entered into settlement discussions to explore an amicable resolution to this matter and alternatives to the payments Plaintiffs claim are past due under the Settlement Agreement;

IT IS HEREBY STIPULATED, this 7th day of November, 2005, by and between the parties to this action, that this action shall be, and hereby is, stayed until Thursday, November 10, 2005 to permit the parties time to explore possible avenues of settlement;

IT IS FURTHER STIPULATED between the parties to this action and Helene Regen, that Plaintiffs' Answering Brief in Response to the Motions for Reconsideration, for a Protective Order, or for a Stay of Coast ATM and Howard and Helene Regen (D.I. 63; D.I. 64) shall be due on Monday, November 14, 2005, absent a further stay;

IT IS FURTHER STIPULATED that, should settlement efforts between now and November 10, 2005 prove fruitful, the parties may, but are not required to, request a further reasonable stay from the Court on November 11, 2005 to further explore settlement;

IT IS FURTHER STIPULATED that Coast ATM does not waive its claim of lack of personal jurisdiction as to the underlying claim by signing this stipulation.

FINGER & SLANINA LLC

_____
David L. Finger (Del. I.D. No. 2556)
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, Delaware 19801
Tel:    302.884.6766

Attorney for Defendants

DUANE MORRIS LLP

_____
Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street
12th Floor
Wilmington, Delaware 19801
Tel:    302.657.4900
Fax:    302.657.4901

- and -

Matthew A. Taylor
James L. Beausoleil, Jr.
DUANE MORRIS LLP
30 South 17th Street
6th Floor
Philadelphia, Pennsylvania 19103

Attorneys for Plaintiffs

2

**SO ORDERED** on this _____ day of November, 2005.

_____
Jordan, J.