# -EXHIBIT A-

Source: Legal > States Legal - U.S. > California > Public Records > CA Public Records, Combined [i]
Terms: **howard /2 regen** (Edit Search | Suggest Terms for My Search)

☐ Select for FOCUS™ or Delivery

*CALIFORNIA SECRETARY OF STATE, LTP/LLC RECORD*

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

CALIFORNIA SECRETARY OF STATE, LTP/LLC RECORD

**Company Name:** COAST ATM LLC

**Business Address:**
 4766 PARK GRANADA STE 106
 CALABASAS, CA

**Mailing Address:**
 4766 PARK GRANADA STE 106
 CALABASAS, CA

**Type:** FOREIGN FILING

**Status:** ACTIVE

**Filing Date:** 9/6/2005

**Date Formed:** 2/21/2003

**State or Country of Incorporation:** DELAWARE

**Registered Agent:** HOWARD REGEN

**Registered Office:**
 4766 PARK GRANADA STE 106
 CALABASAS, CA

**Filing Number:** 200525110119

Source: Legal > States Legal - U.S. > California > Public Records > CA Public Records, Combined [i]
Terms: **howard /2 regen** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Thursday, November 3, 2005 - 2:02 PM EST

http://www.lexis.com/research/retrieve?_m=5eb7e47d5451421abc47130c1a8e5bb0&docn...   11/3/2005