# -EXHIBIT B-



You can continue your search by clicking on the name or address of any of the results.

**Block Party (NEW!!!)**

**Money Maps**
- City Maps
- National Maps

**Neighbor Search**

**Spending:**
Hotels
Airlines

Home
Links
About
Privacy
Press
Support Fundrace

[Make a Donation]

address: _____
zip: _____ (required)
[Search by Location]
don't know the zip for your address?
try searching maps.msn.com.

Or

last name: Regen
first name: Howard
[Search by Nar
last name is matched
first name is a partial

| Name, Occupation, Employer | Contribution | Address |
|---|---|---|
| Mr. Howard Regen<br>Owner<br>Self-Employed | RNC<br>$2,000 | 23146 Park Sorre<br>Calabasas, CA 91 |
| MR. HOWARD W REGEN<br>OWNER<br>A.T.M. BUSINESS | George W. Bush<br>$2,000 | 23146 PARK SOR<br>CALABASAS, CA |

Our mapping from street address/zip code to latitude/longitude (which is what allc to find your closest neighbors) works about 70% of the time.

BLOCK PARTY | NEIGHBOR SEARCH | MONEY MAPS | HOTELS | AIRLINES | PRIVACY | PF

SUPPORT THE FUNDRACE PROJECT

All calculations are based on records filed with the FEC of contributions by all indiv totalling more than $200 (and some totalling less than $200) to a single Republican or Democratic presidential campaign or national committee between January 1, 2003 and October 13, 2004.

This site is updated according to the reporting schedule set by the FEC. (Search results are as current as possible, maps may lag by a month or two)

Lastly, our summaries of the FEC databases are NOT perfect. Their records are a total mess and we have done our best.

Please remember that all records published by FEC come with the following warr

Any information copied, or otherwise obtained, from any report or statement, or copy, reproduction, or publication thereof, filed under the Act, shall not be sold used by any person for the purpose of soliciting contributions or for any commer purpose, except that the name and address of any political committee may b used to solicit contributions from such committees.

Information compiled Eyebeam R & D
contact us | visit our sister site

Hosted by Datagram