## CERTIFICATE OF SERVICE

    I hereby certify that on November 14, 2005, copies of the foregoing "Answering Brief of Plaintiffs, Money Centers of America, Inc., as Successor in Interest by Merger to iGames Entertainment, Inc., and Available Money, Inc., to the Motions of Coast ATM, Inc., Howard Regen, and Helene Regen for (1) Reconsideration or, Alternatively, to Alter or Amend the Judgment, (2) A Protective Order Regarding Depositions, and (3) A Stay Pending Appeal" were served electronically to the below named counsel of record:

> David L. Finger, Esquire
> Finger & Slanina
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1186

/s/ Matt Neiderman (I.D. No. 4018)

WLM\212324.1