# Duane Morris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

MATT NEIDERMAN
DIRECT DIAL: 302.657.4920
E-MAIL: MNeiderman@duanemorris.com

*www.duanemorris.com*

November 28, 2005

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

  Re: **Money Centers of America, Inc., et al. v. Howard Regen., et al.
    District of Delaware, Civil No. 04 -1516 - KAJ**

Dear Judge Jordan:

  As you may recall, we represent Plaintiffs in the above-referenced action. At Your Honor's request, we write to inform the Court regarding the status of the Parties' settlement negotiations so Your Honor may determine how to proceed with regard to outstanding motions.

  By way of background, on October 24 and 27, 2005, Coast ATM and Howard and Helene Regen, respectively, filed Motions for (1) Reconsideration or to Alter or Amend the Court's October 16, 2005 Order granting Plaintiffs' Motion to Vacate Dismissal; (2) a Protective Order Regarding Depositions; or (3) a Stay Pending Appeal (collectively hereinafter referred to as the "Motions"). (D.I. 63; D.I. 64)

  Shortly thereafter, the Parties agreed to explore possible avenues of settlement. Thus, the Parties stipulated to, and Your Honor approved, (1) a stay of the litigation until November 10, 2005, at which time the parties were permitted, but were not required, to request a further stay; and (2) an extension of time from November 7 until November 14, 2005 for Plaintiffs to respond to the Motions. (D.I. 67)

  Subsequent efforts to settle the case proved fruitless. Accordingly, Plaintiffs did not pursue a further stay and, on November 14, 2005, filed their Answering Brief in Opposition to the Motions. (D.I. 68) Pursuant to the Local Rules, any reply brief was due by November 21, 2005. (D.I. 68) Neither Coast ATM, Howard Regen, nor Helene Regen filed a reply brief. Thus, the Motions are ripe for the Court's adjudication.

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON, DE 19801-1246  PHONE: 302.657.4900 FAX: 302.657.4901

DuaneMorris

The Honorable Kent A. Jordan
November 28, 2005
Page 2

      We are available at the Court's convenience should Your Honor have any questions or concerns.

      Respectfully,

/s/ Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)

MN/shs

cc:    Clerk of Court (*by e-filing*)
      David L. Finger, Esquire (*by e-filing*)

PH2\900440.1