## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MONEY CENTERS OF AMERICA, INC.,** )<br>as successor in interest by merger to )<br>iGames Entertainment, Inc., and )<br>**AVAILABLE MONEY, INC.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**HOWARD REGEN** and )<br>**COAST ATM, INC.,** )<br>)<br>**Defendants.** ) | C.A. No. 1:04-cv-01516-KAJ<br><br><br><br>**JURY TRIAL DEMANDED** |

**TO:**

    David L. Finger, Esquire
    Finger & Slanina LLC
    One Commerce Center
    1201 Orange Street
    Suite 725
    Wilmington, DE 19801-1155

    Kevin C. Boyle, Esquire
    Law Offices of Kevin C. Boyle
    4766 Park Granada Blvd.
    Suite 105
    Calabasas, CA 91302

## <u>RE-NOTICE OF DEPOSITION</u>

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs, Money Centers of America, Inc., as successor in interest by merger to iGames Entertainment, Inc., and Available Money, Inc. will take the videotaped and stenographically recorded deposition upon oral examination before an officer authorized by law to administer

oaths of **Howard Regen** on **January 11, 2006** at **2:00 p.m.** at the offices of Duane Morris LLP, 633 West Fifth Street, Suite 4600, Los Angeles, CA 90071-2065.

Testimony of the deponent shall be recorded by stenographic means and by videotape. The deposition will continue from day to day until completed. You are invited to attend and participate.

DATED:    December 30, 2005    **DUANE MORRIS LLP**

/s/  Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware  19801
302.657.4900

**OF COUNSEL:**

Attorneys for Plaintiffs, Money Centers of America, Inc., as successor in interest by merger to iGames Entertainment, Inc., and Available Money, Inc.

**DUANE MORRIS LLP**
Matthew A. Taylor, Esquire
James L. Beausoleil, Jr., Esquire
30 South 17th Street
Philadelphia, Pennsylvania 19103-7396
215.979.1000

## **CERTIFICATE OF SERVICE**

I, Matt Neiderman, do hereby certify that on December 30, 2005, I caused a true and correct copy of the foregoing "Re-Notice of Deposition" to be served via first-class mail upon the following counsel of record:

>David L. Finger, Esquire
>Finger & Slanina LLC
>One Commerce Center
>1201 Orange Street
>Suite 725
>Wilmington, DE 19801-1155

>Kevin C. Boyle, Esquire
>Law Offices of Kevin C. Boyle
>4766 Park Granada Blvd.
>Suite 105
>Calabasas, CA 91302

/s/ Matt Neiderman
Matt Neiderman