IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONEY CENTERS OF AMERICA, INC., as successor in interest by merger to iGames Entertainment, Inc., and AVAILABLE MONEY, INC., | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 1:04-cv-01516-KAJ |
| v. | )<br>)<br>) | |
| HOWARD REGEN and COAST ATM, INC., | )<br>)<br>) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**TO:**

      David L. Finger, Esquire
      Finger & Slanina LLC
      One Commerce Center
      1201 Orange Street
      Suite 725
      Wilmington, DE 19801-1155

      Kevin C. Boyle, Esquire
      Law Offices of Kevin C. Boyle
      4766 Park Granada Blvd.
      Suite 105
      Calabasas, CA 91302

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs, Money Centers of America, Inc., as successor in interest by merger to iGames Entertainment, Inc., and Available Money, Inc. will take the videotaped and stenographically recorded deposition upon oral examination before an officer authorized by law to administer

oaths of **Helene Regen** on **January 11, 2006** at **9:00 a.m.** at the offices of Duane Morris LLP, 633 West Fifth Street, Suite 4600, Los Angeles, CA 90071-2065.

Testimony of the deponent shall be recorded by stenographic means and by videotape. The deposition will continue from day to day until completed. You are invited to attend and participate.

DATED:   December 30, 2005        **DUANE MORRIS LLP**

/s/ Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)
1100 North Market Street, 12th Floor
Wilmington, Delaware  19801
302.657.4900

**OF COUNSEL:**

**DUANE MORRIS LLP**
Matthew A. Taylor, Esquire
James L. Beausoleil, Jr., Esquire
30 South 17th Street
Philadelphia, Pennsylvania 19103-7396
215.979.1000

Attorneys for Plaintiffs, Money Centers of America, Inc., as successor in interest by merger to iGames Entertainment, Inc., and Available Money, Inc.

## CERTIFICATE OF SERVICE

I, Matt Neiderman, do hereby certify that on December 30, 2005, I caused a true and correct copy of the foregoing "Re-Notice of Deposition" to be served via first-class mail upon the following counsel of record:

David L. Finger, Esquire
Finger & Slanina LLC
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155


Kevin C. Boyle, Esquire
Law Offices of Kevin C. Boyle
4766 Park Granada Blvd.
Suite 105
Calabasas, CA 91302


/s/ Matt Neiderman
Matt Neiderman

WLM\213147.1