IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY CENTERS OF AMERICA, INC., ) <br> as successor in interest by merger to ) <br> iGames Entertainment, Inc., and ) <br> AVAILABLE MONEY, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HOWARD REGEN and ) <br> COAST ATM, INC., ) <br> ) <br> Defendants. ) | C.A. No. 1:04-cv-01516-KAJ <br><br><br> JURY TRIAL DEMANDED |

**TO:**

    David L. Finger, Esquire
    Finger & Slanina LLC
    One Commerce Center
    1201 Orange Street
    Suite 725
    Wilmington, DE 19801-1155

    Kevin C. Boyle, Esquire
    Law Offices of Kevin C. Boyle
    4766 Park Granada Blvd.
    Suite 105
    Calabasas, CA 91302

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs, Money Centers of America, Inc., as successor in interest by merger to iGames Entertainment, Inc., and Available Money, Inc. will take the videotaped and stenographically recorded deposition upon oral examination before an officer authorized by law to administer oaths of **Coast ATM, Inc.**, through its corporate designee(s), pursuant to the

attached Court Order of October 17, 2005, on **January 11, 2006** at **11:00 a.m.** at the offices of Duane Morris LLP, 633 West Fifth Street, Suite 4600, Los Angeles, CA 90071-2065.

Testimony of the deponent shall be recorded by stenographic means and by videotape. The deposition will continue from day to day until completed. You are invited to attend and participate.

| | |
|---|---|
| DATED:     December 30, 2005 | **DUANE MORRIS LLP** |
| | /s/   Matt Neiderman<br>Matt Neiderman (Del. I.D. No. 4018)<br>1100 North Market Street, 12th Floor<br>Wilmington, Delaware  19801<br>302.657.4900 |
| **OF COUNSEL:**<br><br>**DUANE MORRIS LLP**<br>Matthew A. Taylor, Esquire<br>James L. Beausoleil, Jr., Esquire<br>30 South 17th Street<br>Philadelphia, Pennsylvania 19103-7396<br>215.979.1000 | Attorneys for Plaintiffs, Money Centers of America, Inc., as successor in interest by merger to iGames Entertainment, Inc., and Available Money, Inc. |

**CERTIFICATE OF SERVICE**

I, Matt Neiderman, do hereby certify that on December 30, 2005, I caused a true and correct copy of the foregoing "Re-Notice of Deposition" to be served via first-class mail upon the following counsel of record:

David L. Finger, Esquire
Finger & Slanina LLC
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155

Kevin C. Boyle, Esquire
Law Offices of Kevin C. Boyle
4766 Park Granada Blvd.
Suite 105
Calabasas, CA 91302

/s/ Matt Neiderman
Matt Neiderman

WLM\213151.1