**Duane Morris**

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

MATT NEIDERMAN
DIRECT DIAL: 302.657.4920
E-MAIL: MNeiderman@duanemorris.com

*www.duanemorris.com*

January 26, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

    Re: **Money Centers of America, Inc., et al. v. Howard Regen., et al.**
          **District of Delaware, Civil No. 04 -1516 - KAJ**

Dear Judge Jordan:

    We write to update Your Honor on the status of the remaining disputes in the referenced matter. The parties have reached an agreement in principal for resolution of their differences regarding the payment of outstanding attorneys' fees. The parties expect to execute a written agreement memorializing the settlement by tomorrow, January 27, 2006. However, one key provision of the parties' agreement requires Mr. Regen to make a cash payment to Plaintiffs on or before February 10, 2006, and Mr. Regen's failure to timely make that payment nullifies and voids the agreement. Plaintiffs therefore respectfully request that the Court hold this matter open until February 13, 2006, at which time Plaintiffs will advise the Court that either the matter has been finally resolved or that Plaintiffs will press forward with their attempts to collect payment through judicial means.

    We are available at the Court's convenience should Your Honor have any questions.

    Respectfully,

    /s/ Matt Neiderman
    Matt Neiderman (Del. I.D. No. 4018)

MN/shs

cc:   Clerk of Court (*by e-filing*)
      David L. Finger, Esquire (*by e-filing*)