DuaneMorris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

MATT NEIDERMAN
DIRECT DIAL: 3026574920
*E-MAIL:* mneiderman@duanemorris.com

*www.duanemorris.com*

February 13, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE  19801

  Re: Money Centers of America, Inc., et al. v. Howard Regen., et al.
     <u>District of Delaware, Civil No. 04 -1516 - KAJ</u>

Dear Judge Jordan:

  We write to inform Your Honor that the parties have fulfilled their respective obligations in the settlement of the referenced action, and that the settlement is therefore now final and the case complete.  We thank the Court for its time and patience in assisting with the resolution of this matter.

  We are available at the Court's convenience should Your Honor have any questions.

         Respectfully,

         /s/  Matt Neiderman
         Matt Neiderman (Del. I.D. No. 4018)

MXN/sb
cc: Clerk of the Court (by e-filing)
   David L. Finger, Esq. (by e-filing)

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246  PHONE: 302.657.4900  FAX: 302.657.4901